# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

-------------------------------------------------------------X

BYRON BREEZE, JR.,

        Plaintiff,

                              CASE NO.: 1:22-cv-00914-JDB

        v.

EL POLLO SABROSO INC.,
d/b/a El Pollo Sabroso

and

1434 PARK ROAD LLC,

        Defendants.

-------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendants EL POLLO SABROSO INC. d/b/a El Pollo Sabroso and 1434 PARK ROAD LLC, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
       September 19, 2022

BASHIAN & PAPANTONIOU, P.C.         KLAPROTH LAW PLLC

By: /s/ Erik M. Bashian, Esq.            By: /s/ Brendan J. Klaproth, Esq.
_____      _____

    Erik M. Bashian, Esq.               Brendan J. Klaproth, Esq.
    *Attorneys for Plaintiff*             *Attorneys for Defendant El Pollo*
    500 Old Country Road, Suite 302     *Sabroso, Inc. d/b/a El Pollo Sabroso.*
    Garden City, NY 11530           2300 Wisconsin Ave NW, Suite 100A
    Email: eb@bashpaplaw.com       Washington, DC 20007
    (516) 279-1554                  Email: bklaproth@klaprothlaw.com
                                 (202) 618-2344

BLUMENTHAL, CORDONE &
ERKLAUER, PLLC

By: /s/ Kathryn Erklauer, Esq.

Kathryn Erklauer, Esq.
*Attorneys for Defendant 1434 Park Road
LLC*
7325 Georgia Ave, NW
Washington, DC 20012
Email: ke@bce-law.com
(202) 332-5279